May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TESCO CORPORATION, Appellant

NO. 14-12-01147-CV            V.

JOSE DIAZ DE LEON A/K/A PEPE DE LEON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 11, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.